RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Eddy Dean Jackson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>EDDY DEAN JACKSON,<br><br>                              Defendant. | 2:14-cr-029-JAD-GWF<br><br>**NOTICE OF RESOLUTION AND MOTION TO VACATE MOTION TO DISMISS (CR 18) AND PROPOSED ORDER** |

NOTICE is hereby given that the matters have resolved between undersigned counsel and the defendant and that the Motion to Dismiss and Appointment for New Counsel (CR 18)  is no longer requested and needed and no further action is needed.  Mr. Jackson is currently scheduled for a change of plea on June 23, 2014.

DATED this 19th day of June, 2016.

RENE L. VALLADARES
Federal Public Defender

/s/ Rebecca A. Levy
_____
REBECCA A. LEVY
Assistant Federal Public Defender

1
2
3
4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

5   UNITED STATES OF AMERICA,                    2:14-cr-029-JAD-GWF

6                    Plaintiff,                   **PROPOSED ORDER**

7   vs.

8   EDDY DEAN JACKSON,

9                    Defendant.

10

11          Based on the Motion of Counsel and good cause appearing therefore,

12          IT IS THEREFORE ORDERED that the defendant's Motion to Dismiss Counsel

13   and Appointment for New Counsel (CR 18) is vacated.

14          DATED this _20th_ day of June, 2014.

15

16                                               _George Foley Jr._

17                                               GEORGE W. FOLEY, JR.,
                                                 UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28

                                        2

1

## CERTIFICATE OF ELECTRONIC SERVICE

2      The undersigned hereby certifies that she is an employee of the Law Offices of the

3   Federal Public Defender for the District of Nevada and is a person of such age and discretion as

4   to be competent to serve papers.

5      That on June 19, 2014, she served an electronic copy of the above and foregoing

6   **NOTICE OF RESOLUTION AND MOTION TO VACATE MOTION TO DISMISS (CR**

7   **18) AND PROPOSED ORDER,** by electronic service (ECF) to the person named below:

8

9          DANIEL G. BOGDEN
           United States Attorney
           PHILLIP N. SMITH, JR.
10         Assistant United States Attorney
           333 Las Vegas Blvd. So. 5th Floor
11         Las Vegas, NV 89101

12

13                            */s/ Blanca Lenzi*

14                            _____
                              Employee of the Federal Public Defender

15

16

17

18

19

20

21

22

23

24

25

26

27

28