# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:14-cr-0029-JAD-GWF |
| Plaintiff/Respondent | |
| v. | **Order Lifting Stay and Denying Motion to Vacate Sentence under 28 U.S.C. § 2255** |
| Eddy Dean Jackson, | |
| Defendant/Petitioner | [ECF Nos. 40, 41] |

Petitioner moves for habeas relief under 28 U.S.C. § 2255(a), arguing that the enhancement of his sentence under U.S. Sentencing Guidelines Manual §§ 4B1.2 and 2K2.1 violated his due-process right because the provision's residual clause is void for vagueness.[1]  I stayed this petition in anticipation of the United States Supreme Court's decision in *Beckles v. United States*.[2]  The *Beckles* decision, issued today, squarely defeats petitioner's claim: the High Court held that "the advisory Sentencing Guidelines are not subject to a vagueness challenge under the Due Process Clause."[3]

In light of *Beckles*, the **STAY IS LIFTED**, and petitioner's motion to vacate his sentence under 28 U.S.C. § 2255 **[ECF Nos. 40, 41] is DENIED.**

Dated March 6, 2017

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF Nos. 40, 41.

[2] ECF No. 42.

[3] *Beckles v. United States*, Case No. 15-8544, 580 U.S. ___ , slip op. at 10 (Mar. 6, 2017).