FILED
UNDER
SEAL

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Eddy Dean Jackson**

Case Number: **2:14CR00029**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **September 2, 2014**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **51 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **December 21, 2020**

Revocation Sentence: **14 Months prison, followed by 12 Months TSR**

Date Supervision Commenced: **January 25, 2018**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - You must not commit another federal, state or local crime.

   On April 24, 2023, Jackson was arrested and charged for the crime of Domestic Battery, First offense, in violation of NRS 200.485.1A; a misdemeanor. The case number for this case is 23PC026558 and a bench trial is set for May 11, 2023, in the Las Vegas Justice Court. Jackson is currently in custody at the Clark County Detention Center pending these charges.

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

    ☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 3, 2023**

Digitally signed by Brianna King
Date: 2023.05.04 08:06:33 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.05.03 15:31:49 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## *THE COURT ORDERS*

- ☐ No Action.
- **X** The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other:

_____
Signature of Judicial Officer

5/9/2023
_____
Date

RE: Eddy Dean Jackson

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. EDDY DEAN JACKSON, 2:14CR00029

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### May 3, 2023

On September 4, 2014, Jackson was sentenced to 51 months custody, followed by three years of supervised release for committing the offense of Felon in Possession of a Firearm. Supervised release commenced on January 25, 2018, in the District of Nevada.

On December 23, 2020, his supervision was revoked, and he was sentenced to 14 months custody, followed by 12 months of supervised release for the violation of Do Not Commit Another Crime. Jackson was found to be in possession of a firearm during a traffic stop. His second term of supervised release commenced on April 7, 2023.

On April 24, 2023, Las Vegas Metropolitan Police Department (LVMPD) responded to a family disturbance call. As officers approached the residence, they heard a female screaming and laying on the ground inside the home. The suspect, Eddie Jackson, was compliant and taken into custody pending the investigation. Jackson advised he and his wife, the victim, were in a verbal altercation. She grabbed the back of his head and in doing so lost her balance and fell to the ground. Officers asked if he pushed, grabbed, or injured the victim at any point to which he stated no. Officers asked how her nails got ripped off and he advised that her nails were flimsy and probably broke when she fell.

LVMPD officers interviewed the victim and she advised they had a verbal argument over finances. She further advised that Jackson walked up behind her and punched her in the back of the head, which caused her to fall to the floor. She was able to get up and their argument continued. Jackson then attacked her causing her fingernails to rip off. At that time, as Jackson threw her to the ground, she landed on her right knee and Jackson landed on top of her. She was able to crawl away from him but was unable to walk.

On April 28, 2023, the undersigned officer interviewed the victim at the Probation Office. She submitted a signed and written statement of what happened during the incident on April 24, 2023, which corroborates the story she gave to police. She gave additional details that Jackson stepped on her hand and manually ripped off her pinky nail. Additionally, she tore her ACL and is having surgery as a result of being thrown to the ground by Jackson. She advised they are married but she is filing for divorce and is pressing charges. She already filed a protection order against him and advised he is not welcome back at the house. Her father was with her at the time of the visit. He advised he is the one who went to help her and called the police. They are both willing to testify to the events of that day. She further stated that Jackson has an addiction to marijuana, and he is hiding a cell phone from the undersigned officer with the goal that it will interfere with him taking drug tests.

# RE: Eddy Dean Jackson

Prob12C
D/NV Form
Rev. March 2017

Jackson's instant offense is Felon in Possession of a Firearm. He was revoked from his first term of supervised release for committing the crime of Felon being in possession of a firearm which shows that he is continuing his pattern of criminal behavior. Shortly after commencement of his second term of supervised release, two weeks to be exact, Jackson was arrested again for committing a new crime. While this charge is only a misdemeanor, the actual conduct demonstrates Jackson's penchant for violence towards others. It is evident he is not interested in participating in supervised release and is a danger to the community; therefore, it is respectfully recommended that a warrant be issued to initiate revocation proceedings.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2023.05.04 08:07:15 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.05.03 15:32:17 -07'00'

Brian Blevins
Supervisory United States Probation Officer